UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:20-cv-10158-LTS

ALAN SCOTT
*Plaintiff,*

v.

SYNCHRONY BANK
*doing business as Pay Pal*
*Defendant*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 12) dated September 24, 2020,  this

case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

September 24, 2020